UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**RONNIE JOE FORTE**                                                                  **PLAINTIFF**

v.                                                              CIVIL ACTION NO. 5:23-cv-146-BJB

**CITY OF HOPKINSVILLE, KENTUCKY et al.**                 **DEFENDANTS**

## ORDER

      For the reasons set forth in the separate Memorandum entered today, the Court **DISMISSES** this action **without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

      This is a **final Order**.

      The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 23, 2024

Benjamin Beaton, District Judge
United States District Court

cc:     Plaintiff, *pro se*
B213.009